UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: Michael Doyle | Case No: C 11-5749 SBA<br><br>Bk. No. 10-30424 DM<br>Ch. 13<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

In accordance with Rule 8010 of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rule 8010-1, the Court ordered pro se appellant Michael Doyle ("Appellant") to file his opening brief by no later than February 9, 2012. Dkt. 5. To date, the Court has not received an opening brief or any other communication from Appellant. Under Rule 8001, the failure to file a required pleading or brief in a timely manner may be a ground for dismissal of the appeal. See Greco v. Stubenberg, 859 F.2d 1401, 1404 (9th Cir. 1988). Accordingly,

IT IS HEREBY ORDERED THAT Appellant Michael Doyle shall show cause, in writing, why the instant appeal should not be dismissed for failure to file an opening brief as ordered. Within seven (7) days of the date this order is filed, Appellant shall file a Certificate to explain why his appeal should or should not be dismissed. The Certificate shall set forth the nature of the cause, its present status, the reason Appellant has not filed his opening brief as directed, and the expected course of the appeal. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE APPEAL, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: September 12, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: MICHAEL DOYLE,

      Plaintiff,

  v.

IN RE: MICHAEL DOYLE et al,

      Defendant.
_____ /

Case Number: CV11-05749 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the U.S. Trustee / SF
235 Pine Street
Suite 700
San Francisco, CA 94104

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Brisa Cecilia Ramirez
David Burchard Chapter 13 Trustee

P.O. Box 8059
Foster City, CA 94404

David Burchard Rm #150
393 Vintage Park Drive
P.O. Box 8059
Foster City, CA 94404

Judge Dennis Montali
US Bankruptcy Court
P.O. Box 7341
San Francisco, CA 94120-7341
Michael Doyle
1471 - 18th Ave.
San Francisco, CA 94122

Dated: September 13, 2012

                                                  Richard W. Wieking, Clerk

                                                                By: Lisa Clark, Deputy Clerk