UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:  Michael Doyle | Case No:  C 11-5749 SBA<br><br>Bk. No. 10-30424 DM<br>Ch. 13<br><br>**ORDER DISMISSING ACTION** |

On September 13, 2012, the Court issued an Order to Show Cause ("OSC") directing appellant to show cause by September 20, 2012, why the instant bankruptcy appeal should not be dismissed based on his failure to file his opening brief by February 2, 2012.  Dkt. 6.  Appellant was warned that the failure to timely respond to the OSC would result in the dismissal of the appeal.  To date, the Court has received no response to the OSC nor has it received Appellant's opening brief.  Accordingly,

IT IS HEREBY ORDERED THAT the instant appeal is DISMISSED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: September 25, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: MICHAEL DOYLE,

       Plaintiff,

  v.

IN RE: MICHAEL DOYLE et al,

       Defendant.
_____/

Case Number: CV11-05749 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the U.S. Trustee / SF
235 Pine Street
Suite 700
San Francisco, CA 94104

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Brisa Cecilia Ramirez
David Burchard Chapter 13 Trustee
P.O. Box 8059

Foster City, CA 94404

David Burchard Rm #150
393 Vintage Park Drive
P.O. Box 8059
Foster City, CA 94404

Judge Dennis Montali
US Bankruptcy Court
P.O. Box 7341
San Francisco, CA 94120-7341
Michael Doyle
1471 - 18th Ave.
San Francisco, CA 94122

Dated: September 25, 2012

                                      Richard W. Wieking, Clerk

                                              By: Lisa Clark, Deputy Clerk